# EXHIBIT "I"

## BII Status on (THE MOVING EXPERT INC D/B/A KARVIN VAN L)

WSP Server <DBSServer@dbsinfo.net>
on behalf of
Burke Process Service, Inc <info@burkeserve.com>
Mon 5/11/2020 1:05 PM

**To:** Cassie Cisneros <cassie@dereksmithlaw.com>

To: Derek T. Smith Law Group PLLC

This is an automated message relating to:

    **Our Job Number:** 2020002887
    **Your Reference Number:**
    **Party To Be Served:** THE MOVING EXPERT INC D/B/A KARVIN VAN L
    **Documents To Be Served:** Summons in a Civil Action and Complaint
    **Case Info:** Florida 20-CV-80592-RKA
    **Case Style:** MICHAEL SINGELTON vs. THE MOVING EXPERT INC, ET AL

Original Service Address: THE MOVING EXPERT INC D/B/A KARVIN VAN LINES, 1910 WATERS EDGE, POMPANO BEACH, FL 33062

Status Update for THE MOVING EXPERT INC D/B/A KARVIN VAN LINES, 1910 WATERS EDGE, POMPANO BEACH, FL 33062

Latest Status: 5/10/2020 6:41 pm Attempted service at 1910 WATERS EDGE, POMPANO BEACH, FL 33062, 5-5 6:33p no answer. No vehicles. 5-7 7:07a no answer. 1 vehicle.

Thank you,
Burke Process Service, Inc
info@burkeserve.com
Phone: (954) 514-0116

More detailed status is available at [www.burkeserve.com]www.burkeserve.com