**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60592-CIV-ALTMAN/Hunt**

**MICHAEL SINGLETON**,

    *Plaintiff*,

v.

**THE MOVING EXPERT, INC.**
*and* **MITCHELL KARVIN**,

    *Defendants*.

_____/

## ORDER TO SHOW CAUSE

Federal Rule of Civil Procedure 4(m) requires the Plaintiff to serve the summons and complaint on each defendant within 90 days after the filing of the complaint. *See* FED. R. CIV. P. 4(m). The Plaintiff filed this action on March 19, 2020 [ECF No. 1]. As of this writing, however, the Plaintiff has not perfected service on the Defendants.

Accordingly, the Court hereby

**ORDERS** that the Plaintiff shall perfect service on the Defendants and file proof of service on the docket no later than **June 17, 2020**. Failure to serve the Defendants by that date will result in dismissal without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of June 2020.

_____
**ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record